**Order entered April 2, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00986-CR

**CHRISTOPHER DEWAYNE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F18-57558-V**

### ORDER

Before us is appellant's April 1, 2020 motion to extend time to file his brief.

We **GRANT** the motion and **ORDER** appellant's brief received with the motion

filed as of the date of this order.

/s/     CORY L. CARLYLE
         JUSTICE